Rafael Carrillo, Esq. (SBN 289288)
 ralph@carrillo2.com
**CARRILLO LAW CENTER, APC**
333 E. Channel Street, 1st Floor
Stockton, CA 95202
Telephone:     (209) 900-2100
Facsimile:      (209) 748-4972

Attorney for Plaintiff,
MA DE LOURDES RUELAS

Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:      (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA DE LOURDES RUELAS, | Case No.  2:20-cv-01085-KJM-AC |
| Plaintiff, | **(SAN JOAQUIN SUPERIOR CASE NO: STK-CV-UPI-2019-5162)** |
| v. | |
| COSTCO WHOLESALE CORPORATION, and DOES 1-10, inclusive, | **STIPULATION TO REMAND REMOVED ACTION** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between MA DE LOURDES RUELAS ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant" or "Costco"), by and through their counsel of record, as follows:

///

///

## I. **RECITALS**

1. Whereas, Plaintiff MA DE LOURDES RUELAS filed a Complaint on March 9, 2020 against Defendant COSTCO WHOLESALE CORPORATION, in the Superior Court of California, County of San Joaquin.

2. Whereas, Defendant answered on May 28, 2020 in the Superior Court of California, County of San Joaquin.

3. Whereas, Plaintiff's damages at the time of removal were in excess of $75,000.00 on April 30, 2020 in her Statement of Damages.

4. Whereas, on May 29, 2020, Defendant Costco removed this matter to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1441(b) and 1446(b)(3) based on diversity jurisdiction because the amount of controversy exceeded $75,000.00 and the parties were completely diverse.

5. Whereas, Plaintiff now confirms her damages, in any form, <u>shall not and will not</u>, under any circumstance, exceed $75,000.00.

## II. **STIPULATIONS**

1. The parties stipulate that because Plaintiff's damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

2. The parties further stipulate, pursuant to 28 U.S.C. §1447(c), to the remand of Plaintiff's civil action to the Stanislaus County Superior Court.

3. Plaintiff hereby agrees and stipulates that her damages, resulting from the alleged incident that occurred on defendant's premises on or about April 24, 2017, that are the subject of the within action (formerly SAN JOAQUIN SUPERIOR CASE NO: STK-CV-UPI-2019-5162) (hereinafter "the litigation"), are hereby capped at $74,999.99.

4. Plaintiff hereby agrees and stipulates that if her damages should exceed $74,999.99, she hereby waives the right to claim such damages as a result of the litigation.

5. Plaintiff hereby agrees and stipulates that her recovery of damages in the litigation, including but not limited to economic damages and non-economic damages, are hereby capped at $74,999.99.

6. Plaintiff hereby agrees and stipulates that if her recovery of damages in the litigation should exceed $74,999.99, either by verdict or other means, she hereby waives the right to recover any such damages in excess of $74,999.99.

7. Plaintiff hereby agrees and stipulates that should any award or judgment be rendered or entered against defendant with damages in excess of $74,999.99, she will execute any necessary documents to reduce such award or judgment to $74,999.99 in damages, and will not execute on any award or judgment in excess of $74,999.99 in damages. The damages cap is inclusive of any costs and fees, including attorney fees.

8. The parties hereby agree that because the amount in controversy in this matter does not exceed $75,000, that this court no longer possesses subject matter jurisdiction.

9. The parties further agree that in light of their agreement to cap Plaintiff's damages at $74,999.99, the matter should be remanded to the SAN JOAQUIN SUPERIOR CASE NO: STK-CV-UPI-2019-5162, because the amount in controversy will never exceed $75,000.00.

10. WHEREFORE, based on the foregoing the parties hereby stipulate and agree that the case be REMANDED to the SAN JOAQUIN SUPERIOR CASE NO: STK-CV-UPI-2019-5162.

///

///

///

11. The parties stipulate and request that an Order be issued in accordance with this Stipulation.

DATED: June____, 2020         **CARRILLO LAW CENTER, APC**

_____
Rafael Carrillo
Attorney for Plaintiff,
MA DE LOURDES RUELAS

DATED: June___, 2020          **MATHENY SEARS LINKERT JAIME, LLP**

_____
Matthew Jaime
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

**ORDER**

**GOOD CAUSE APPEARING, the Court orders as follows:**

1. The Parties' Stipulation to Remand Removed Action is approved.

2. Eastern District of California case number 2:20-cv-01085-KJM-AC, RUELAS v. COSTCO, is remanded to San Joaquin County Superior Court.

**IT IS SO ORDERED.**

DATED:  July 21, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE